[No. 593-2.    Division Two.    November 27, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. MATHIOLA DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce

County, No 40369, William F. LeVeque, J., entered July 30, 1971. *Reversed* by unpublished per curiam opinion.